ANNA S. GWYDIR, JR., et al., Appellants, *v.* ALBERT COWDELL, JR., Respondent.

Argued November 22, 1943; decided January 6, 1944.

*Frederick N. Van Zandt* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Paxton Blair* and *Charles F. Murphy* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.